UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID JEROME HOBBS,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5570 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 12) recommending that this case be remanded, based on the unopposed motion by the defendant for remand (Dkt. 11).  It is therefore **ORDERED**

    (1)  The Court **ADOPTS** the Report and Recommendation;

    (2)   The Court **REVERSES** and **REMANDS** for further administrative proceedings; and

    (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 7th day of November, 2011.

                            _/s/ Robert J. Bryan_
                            ROBERT J. BRYAN
                            United States District Judge