# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DAVID JEROME HOBBS,

                Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

Case No. 11-5570 RJB

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 12) recommending that this case be remanded, based on the unopposed motion by the defendant for remand (Dkt. 11). It is therefore **ORDERED**

    (1) The Court **ADOPTS** the Report and Recommendation;

    (2) The Court **REVERSES** and **REMANDS** for further administrative proceedings; and

    (3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 7th day of November, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1